# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

129602

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANDRE LEE COLEMAN-BEY,
      Petitioner-Appellant,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS,
      Respondent-Appellee.

SC: 129602
COA: 260670
Alger CC: 03-004042-AA

_____/

On order of the Court, the application for leave to appeal the September 1, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

t1023